**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
DIONNE CHARLES and McKENNIE CHARLES,

                                                                                          17-cv-02524 (LDH) (RLM)

            Plaintiffs,
      -vs-

COSTCO WHOLESALE CORPORATION,

            Defendant
-----------------------------------------------------------X

## **NOTICE OF APPEARANCE**

TO THE CLERK IN THE ABOVE-MENTIONED COURT:

      Please notice the appearance of Christopher G. Betke, Esq. of Coughlin Betke LLP as an additional attorney for the defendant, Costco Wholesale Corporation, in reference to the above-captioned matter.

                                               Respectfully submitted,
                                               The Defendant,
                                               COSTCO WHOLESALE CORPORATION,
                                               By its attorneys,

                                             /s/ Christopher G. Betke
                                             Christopher G. Betke, Esq. (CB4314)
                                             Coughlin Betke LLP
                                             175 Federal Street
                                             Boston, MA 02110
                                             (617) 988-8050
                                             cbetke@coughlinbetke.com

## **CERTIFICATE OF SERVICE**

      I, Christopher G. Betke, hereby certify that on this 27[h] day of June, 2018, I served a copy of the within document to all counsel of record via the Court ECF system.

                                                /s/ Christopher G. Betke
                                                Christopher G. Betke, Esq.